**Opinion issued March 27, 2015**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-15-00107-CR**

———————————

## EX PARTE THOMAS AVEN COLE

On Appeal from the County Criminal Court at Law No. 10
Harris County, Texas
Trial Court Case No. 2005582

## MEMORANDUM OPINION

Appellant, Thomas Aven Cole, has filed a motion to dismiss the appeal. The motion is signed by the appellant and his attorney, in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has issued, and the motion states the parties have conferred and no party opposes the motion. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.2(a), 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).